UNITED STATES DISTRICT COURT
105 U.S. Courthouse
El Paso, Texas 79901

Jeannette J. Clack
 Clerk of Court



December 19, 2017

Re:   Appeal of Judgment in a Magistrate Case          Magistrate #: EP-17-MJ-4409-MAT

United States of America
   vs.                                                 Case #: EP-17-CR-2661-PRM
Elba Luz Dominguez-Portillo

TO:  Sergio Garcia, FPD, 700 E. San Antonio, El Paso, Tx 79901
     Douglas Rennie & Noemi Lopez, AUSA, 700 E. San Anotnio, Ste 200, El Paso, Tx 79901

Today, December 18, 2017, a notice of appeal from the magistrate Court to the District Court has been filed in the above cited case. The case on appeal has been assigned to the Honorable Philip R. Martinez

The purpose of this letter is to provide you with guidelines and time schedules for appeals taken from the Magistrate Court to the District Court in order to perfect your appeal. Please reference Rule 4(d), Appendix C to the Local Court Rules for the Western District of Texas, and the Federal Rules of Appellate Procedures for further information.

### Rule 4(d), Appendix C to the Local Court Rules (in pertinent part)

"The scope of appeal shall be the same as on an appeal from a judgment of the district court of the court of appeals."

If the parties have not already done so, please order the transcripts of any hearings in this case within 15 days of the filing of the notice of appeal pursuant to the schedule outlined in FRAP 10(b)(1).

Sincerely,

_____
Deputy Clerk