# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | EP-17-CR-2661-PRM |
| ELBA LUZ DOMINGUEZ-PORTILLO, | § | |
| | § | |
| Defendant. | § | |

## BRIEFING SCHEDULE

On this day, the Court considered Defendant Elba Luz Dominguez-Portillo's [hereinafter "Defendant"] "Motion to Set Briefing Schedule" (ECF No. 4) [hereinafter "Motion"], filed on January 11, 2018, in the above-captioned cause. Defendant's Motion follows her appeal of the conviction and sentence pronounced by Magistrate Judge Miguel A. Torres on December 1, 2017. Notice of Appeal, Dec. 14, 2017, ECF No. 1. In light of Defendant's Notice and Motion, the Court hereby enters the following briefing schedule in this appeal.

**IT IS ORDERED** that Defendant shall file Appellant's opening brief within **THIRTY (30)** days of entry of this order.

**IT IS FURTHER ORDERED** that the government shall file its response brief not later than **THIRTY (30)** days thereafter.

**IT IS FINALLY ORDERED** that Defendant shall file Appellant's reply brief, if any, no later than **FIFTEEN (15)** days thereafter.

**SO ORDERED.**

**SIGNED** this ___7___ day of February, 2018.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE