# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § | |
| NATIVIDAD ZAVALA-ZAVALA, JOSE FRANCIS YANES-MANCIA, MAYNOR ALONSO CLAUDINO LOPEZ, ELBA LUZ DOMINGUEZ-PORTILLO, BLANCA NIEVE VASQUEZ-HERNANDEZ,<br>    Appellants. | § § § § § § § § § § § | EP-17-CR-2664-PRM<br>EP-17-CR-2663-PRM<br>EP-17-CR-2662-PRM<br>EP-17-CR-2661-PRM<br>EP-17-CR-2660-PRM |

## ORDER OF RECUSAL

On this day, the Court sua sponte considered the above-captioned causes. In order to avoid the appearance of impropriety, the Court is of the opinion that it should recuse itself from these matters.

Accordingly, **IT IS ORDERED** that the District Clerk shall **REASSIGN** the above-captioned causes to another United States District Judge in the El Paso Division for final disposition. Pursuant to the most current Order Assigning the Business of the Court, the Clerk

shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 27 day of March, 2018.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE